AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>IMAD AYSHEH aka<br>IMAD MANASSRA<br><br>*Defendant* | )<br>)<br>)<br>)  Case No.  CR 17-370 JCH<br>)<br>)<br>) |

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
FEB 21 2017
MATTHEW J. DYKMAN
CLERK

2017 JAN 31 PM 4:06

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | United States Courthouse<br>333 Lomas Blvd., NW<br>Albuquerque, NM | Courtroom No.: | Rio Grande - 3rd Floor |
|---|---|---|---|
| | | Date and Time: | 02/22/2017 9:30 am |

This offense is briefly described as follows:
18 U.S.C. § 371: Conspiracy

Date: 02/07/2017

_____
*Issuing officer's signature*

Matthew J. Dykman, Clerk of Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons      ☐ Returned this summons unexecuted

Date: 2/21/17

_____
*Server's signature*

A Henderson  DUSM
*Printed name and title*