# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO
### ALBUQUERQUE

Before the Honorable Steven C. Yarbrough

United States Magistrate Judge

Clerk's Minutes – Status Hearing

| Date: | 2/22/2017 | Case Number: | 17-CR-370 JH | |
|---|---|---|---|---|
| Case Title: USA v. | Imad Aysheh and Nedal Aysheh | Liberty: | Rio Grande @ | 10:04 am |
| Courtroom Clerk: | K. Dapson | Total Time: | 8 Minutes | |
| Probation/Pretrial: | A. Galaz | Interpreter: | | |

ATTORNEYS PRESENT:

| Plaintiff: | Kristopher Houghton | Defendant: | |
|---|---|---|---|

PROCEEDINGS:

| ☒ | Defendants not present |
|---|---|
| ☒ | Atty Blackburn addresses the court; |
| ☒ | Court - will appoint attorneys for these two defendants to facilitate a future court date. |
| ☐ | Defendant |
| ☒ | Other: hearings to be rescheduled once counsel is appointed |