# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Steven C. Yarbrough

United States Magistrate Judge

Clerk's Minutes – Status Conference

| | | | |
|---|---|---|---|
| Date: | 4/17/2017 | Case Number: | 17-CR-370 JH |
| Case Title: USA v. | Imad Aysheh and Nedal Aysheh | Liberty: | Rio Grande @ 2:46 pm |
| Courtroom Clerk: | K. Dapson | Total Time: | 7 Minutes |
| Probation/Pretrial: | S. Avila-Toledo | Interpreter: | |

ATTORNEYS PRESENT:

| | | | |
|---|---|---|---|
| Plaintiff: | Eva Fontanez | Defendant: | Theresa Duncan & Todd Hotchkiss |

PROCEEDINGS:

- ☒ Court updates from last hearing;
- ☒ Hotchkiss – updates his knowledge, no contact or information, nothing to report
- ☒ Duncan – updates her knowledge, still under medical care and unable to travel
- ☐ Defendant
- ☐ Other: