UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**CORRECTED Clerk's Minutes**

**Before the Honorable Judith C. Herrera**

**CASE NO.**  CR 17-370 JH                **DATE:**  AUGUST 10, 2017

**TITLE:**  USA v. Imad Aysheh, Iyad Aysheh, Nedal Aysheh, Raed Aysheh & Nael Ali

**COURTROOM CLERK**:  I.Duran            **COURT REPORTER:**  M. Loughran

**COURT IN SESSION:**  1:34 P.M.          **COURT IN RECESS:**  1:54 P.M.

**TOTAL COURT TIME:**  20 minutes

**TYPE OF PROCEEDING:**  Hearing on Defendants' Unopposed Motion to Designate Case Complex [Doc. 57]

**COURT'S RULINGS/DISPOSITION:**  Ct. grants Defendants' Unopposed Motion to Designate Case Complex [Doc. 57].  Ct. directs counsel to confer and submit a Scheduling Order.

| **ATTORNEYS PRESENT FOR PLAINTIFF(S):** | **ATTORNEYS PRESENT FOR DEFENDANT(S):** |
|---|---|
| Kristopher Houghton | Theresa M.Duncan for Imad Aysheh |
|  | Charles N. Fisher for Iyad Aysheh |
|  | Todd Burce Hotchkiss for Nedal Aysheh |
|  | Randy Sue Pollock (telephonically) for Raed Aysheh |
|  | Jerry D. Herrera for Nael Ali |

**PROCEEDINGS:**

1:34 P.M.      Court in Session.  Court calls case.

1:34 P.M.      Counsel enter their appearances.  Counsel Randy Pollock appears telephonically.  Counsel for Defendants Iyad Aysheh, Raed Aysheh, & Nael Ali's waive the presence of each defendant.

| | |
|---|---|
| 1:36 P.M. | Ct. states purpose of hearing.  Ct. hears from counsel. |
| 1:37 P.M. | Defense counsel Charles Fisher makes argument to declare case complex.  Counsel Fisher provides information status of discovery & additional discovery forthcoming. |
| 1:39 P.M. | Ct. makes inquiry re: scheduling order & which attorney will be the lead counsel. |
| 1:39 P.M. | Mr. Fisher responds. |
| 1:40 P.M. | Govt. Kris Houghton concurs and joins in with the defendants' motion to declare case complex & states reasons. |
| 1:41 P.M. | Ct. makes inquiry re: time frame of trial date. |
| 1:45 P.M. | Govt. responds. |
| 1:46 P.M. | Ct. makes further inquiry re: trial date.  Ct. directs counsel to confer re: scheduling order. |
| 1:47 P.M. | Counsel Mr. Herrera responds & states reasons why case may not be ready for trial and states trial may be ready in a year from now. |
| 1:48 P.M. | Ct. makes further inquiry. |
| 1:49 P.M. | Ms. Duncan informs the Court of his client's health and states her scheduling conflicts during the months of Jan – March, 2018 and July – September, 2018. |
| 1:50 P.M. | Ct. grants the defendants' unopposed motion to declare case complex.  Ct. directs counsel to submit a scheduling order.  Ct. makes additional inquiry. |
| 1:52 P.M. | Theresa Duncan responds re: defendant's understanding & speedy trial rights. |
| 1:52 P.M. | Todd Hotchkiss also responds & notes that he has not spoken to his client. |
| 1:53 P.M. | Ct. excuses Govt's attorney from courtroom.  Defense counsel Todd Hotchkiss also excused.  Ct. meets with defense counsel re: CJA matters (off record). |
| 1:54 P.M. | Ct. in recess. |