IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                      No. 17-370 JCH

IMAD AYSHEH, et al.,

        Defendants.

## JOINT MOTION TO CONTINUE

      Defendant Raed Aysheh, through counsel, The Law Office of Ryan J. Villa, by Ryan J. Villa, joined by Defendants Imad Aysheh, Iyad Aysheh, and Nedal Aysheh, by their respective counsel, hereby moves the Court to continue for thirty (30) days the motion hearing currently set for February 22, 2018. In support of this Motion, Defendants state:

      1.      On January 2, 2018, Defendants filed an opposed Joint Motion to Extend Pretrial Deadlines in Joint Scheduling Order.  *See* Motion [Doc. 76].

      2.      The Court set a motion hearing for February 22, 2018.  *See* Notice [Doc. 79]

      3.      Counsel for Defendants Imad Aysheh and Raed Aysheh, Theresa M. Duncan and Ryan J. Villa, respectively, are currently involved in a multi-defendant criminal trial that began on January 29, 2018, at the United States District Courthouse in Las Cruces, New Mexico and is expected to continue until mid-March.  The matter is before the Honorable James O. Browning and is styled *United States v. DeLeon*, 2:15-cr-4268-JB.

      4.      Mr. Hotchkiss is unavailable the afternoon of March 15, 2017.  Mr. Villa is unavailable March 16, the morning of March 19, March 20, the morning of March 27, and the afternoon of March 29, 2017.

1

5. Counsel has contacted Assistant United States Attorneys Kristopher N. Houghton and Sean J. Sullivan, who have indicated that the Government does not oppose this Motion.

6. Undersigned counsel for Defendants respectfully requests this Court enter an order continuing the motion hearing for thirty (30) days on a date and time that counsel are not unavailable.

        Respectfully Submitted,
        The Law Office of Ryan J. Villa

        /s/  Ryan J. Villa
        RYAN J. VILLA
        Counsel for Defendant
        2501 Rio Grande Blvd NW, Suite A
        Albuquerque, New Mexico 87104
        (505) 639-5709
        (505) 433-5812 (fax)
        ryan@rjvlawfirm.com

        *Attorney for Defendant Raed Aysheh*

        */s/ Theresa M. Duncan*
        THERESA M. DUNCAN
        The Law Office of Theresa M. Duncan
        515 Granite Ave. NW
        Albuquerque, New Mexico 87102
        Tel. No. (505) 842-5196
        Fax No. (505) 750-9780
        E-mail: teri@duncanearnest.com

        *Attorney for Defendant Imad Aysheh*

        */s/ Charles N. Fisher*
        CHARLES N. FISHER
        105 Bryn Mawr Dr. SE
        Albuquerque, New Mexico 87106
        Tel. No. (505) 247-4099
        Fax No. (505) 268-1162
        E-mail: cfisher@3lionslawyer.com

        *Attorney for Defendant Iyad Aysheh*

        */s/ Todd B. Hotchkiss*
        TODD B. HOTCHKISS
        Attorney at Law LLC
        610 Gold Ave. SW, Suite 228
        Albuquerque, New Mexico 87102
        Tel. No. (505) 243-6776
        Fax No. (505) 243-0707
        E-mail: Todd@toddhotchkisslaw.com

        *Attorney for Defendant Nedal Aysheh*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading was sent via the Court's CM/ECF system to opposing counsel on this 16th day of February 2018.

Kristopher Houghton
Office of the United States Attorney

Sean J. Sullivan
Office of the United States Attorney

        */s/ Ryan J. Villa*
        Ryan J. Villa