UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**AMENDED Clerk's Minutes**

**Before the Honorable Judith C. Herrera**

<u>**CASE NO.**</u>  CR 17-370 JH          <u>**DATE:**</u>  MARCH 27, 2018

<u>**TITLE:**</u>  *USA v. Imad Aysheh, et al.*

<u>**COURTROOM CLERK:**</u>  I.Duran          <u>**COURT REPORTER:**</u>  P.Baca

<u>**COURT IN SESSION**</u>:  1:32 P.M.          <u>**COURT IN RECESS:**</u>  1:58 P.M.

**TOTAL COURT TIME:**  26 minutes

**TYPE OF PROCEEDING:**  Hearing on Defendants' Opposed Joint Motion to Extend Pretrial Deadlines in Joint Scheduling Order [Doc. 76]

**COURT'S RULINGS/DISPOSITION:**  Ct. extends discovery deadline until June 4, 2018 with extension of response & reply deadline.  All other deadlines of scheduling order will remain; however, the Court informs counsel that remaining deadlines may be extended at a later time. Mr. Ryan Villa will submit proposed order.

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**      **ATTORNEYS PRESENT FOR DEFENDANT(S):**
 Kristopher Houghton                                                     Theresa Duncan for Imad Aysheh
                                                                         Charles Fisher for Iyad Aysheh
                                                                         Todd Hotchkiss for Nedal Aysheh
                                                                         Ryan Villa for Raed Aysheh

**PROCEEDINGS:**

1:32 P.M.     Court in Session.  Court calls case.

1:32 PM.      Counsel enter their appearances.

1:33 P.M.     Ct. states purpose of hearing.  Ct. makes inquiry.

1:33 P.M.     Govt. concurs with extending the discovery motion deadline; however, states

              opposition to extending the remaining deadlines.  Govt. provides additional

              information re: status of case & states that Mr. Hotchkiss & Ms. Duncan have a

|  |  |
|---|---|
|  | different situation in that they have limited or no contact with their clients. |
| 1:35 P.M. | Mr. Villa states his client Raed Aysheh has already been arraigned & that he and Mr. Fisher are in the same situation; however, he (Mr. Villa) was recently appointed to represent Mr. Raed Aysheh. Mr. Villa provides additional information as to causes of delay & reasoning for the why more time is needed. Mr. Villa requests a five month extension beginning in June with other deadlines to follow, thereafter. Defense offers to prepare & submit a proposed order & requests that trial be reset for a date in December. |
| 1:41 P.M. | Mr. Fisher addresses the Court & concurs with Mr. Villa's statements. |
| 1:41 P.M. | Ms. Duncan addresses the Court & states she has no opposition to the request made. |
| 1:42 P.M. | Govt. replies & states he has no opposition to a two month discovery deadline, however, opposes that the extension of the motion and trial deadlines. |
| 1:45 P.M. | Charles Fisher responds. |
| 1:45 P.M. | Mr. Villa responds. |
| 1:46 P.M. | Ct. makes inquiry. |
| 1:46 P.M. | Govt. responds. |
| 1:47 P.M. | Ct. verifies deadlines. |
| 1:47 P.M. | Mr. Fisher replies. |
| 1:47 P.M. | Mr. Villa replies. |
| 1:49 P.M. | Ct. readdresses the parties & extends discovery motion deadline to June 4, 2018; response to June 18, 2018 & reply deadline extended to June 25, 2018. |
| 1:51 P.M. | Govt. readdresses the Court. |
| 1:55 P.M. | Ms. Duncan confers with defense counsel. |
| 1:55 P.M. | Mr. Villa states he will submit proposed order. |

| | |
|---|---|
| 1:57 P.M. | Ms. Duncan readdresses the Court. |
| 1:58 P.M. | Ct. makes inquiry re: waiver of appearance. |
| 1:59 P.M. | Mr. Villa states waiver of appearance has been filed. Defense counsel state they all waive their clients' appearances. |
| 1:59 P.M. | Mr. Houghton has no opposition to the waiver of appearances. |
| 1:58 P.M. | Ct. in recess. |