IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

vs.  No. 17-cr-00370 JCH

IMAD AYSHEH, et al.,

      Defendants.

### ORDER GRANTING DEFENDANTS' JOINT MOTION TO EXTEND PRETRIAL DEADLINES IN JOINT SCHEDULING ORDER

THIS MATTER IS BEFORE THE COURT on Defendants' *Joint Motion to Extend Pretrial Deadlines in Joint Scheduling Order*, filed January 2, 2018 [Doc. 76].

The Court having considered the Motion, and heard argument from the parties on March 27, 2018, at which time the United States withdrew its opposition to the Motion, and the Court being otherwise fully advised in the premises, finds that Defendants have created a sufficient record to justify granting the motion. With respect to paragraph 19 (A-C), Defendants have requested an additional two-month extension, which the United States does not oppose.

**IT IS THERFORE ORDERED** that the Joint Scheduling Order [Doc. 68] shall be amended as follows:

A. The deadline for filing discovery motions and making reciprocal discovery shall be extended to June 4, 2018.

B. The government's responses to discovery motions shall be due June 18, 2018.

C. Defendants' replies shall be due July 2, 2018.

D. All other substantive motions shall be due July 30, 2018.

E. Responses to such motions shall be due August 13, 2018.

F. Replies shall be due August 20, 2018.

If any counsel needs additional time for any legitimate reason, the Court will consider a motion to that effect and, if counsel can make a record in support of that reason, the Court may grant the request for additional time.

**IT IS SO ORDERED**.

_____
HONORABLE M. JUDITH C. HERRERA
United States District Court Judge

Submitted by:

 /s/  *Ryan J. Villa*
RYAN J. VILLA
Counsel for Defendant Raed Aysheh

Approved:

 /s/  *Theresa M. Duncan*
THERESA M. DUNCAN
Counsel for Defendant Imad Aysheh

 /s/  *Charles N. Fisher*
CHARLES N. FISHER
Counsel for Defendant Iyad Aysheh

 /s/  *Todd B. Hotchkiss*
TODD B. HOTCHKISS
Counsel for Defendant Nedal Aysheh


*/s/ Kristopher N. Houghton*
KRISTOPHER N. HOUGHTON
Counsel for the United States