## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. <u>17-CR-0370-JCH</u> |
| | ) | |
| **IMAD AYSHEH**, | ) | |
| a/k/a "**IMAD MANASSRA**," | ) | |
| **IYAD AYSHEH**, | ) | |
| **NEDAL AYSHEH**, and | ) | |
| **RAED AYSHEH**. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING THE UNITED STATES' UNOPPOSED
MOTION TO EXTEND TIME WITHIN WHICH TO RESPOND TO
DEFENDANT'S OPPOSED MOTION TO DISMISS (DOC. 107)**

THIS MATTER having come before the Court on the United States' Motion to Extend the Time Within Which to Respond to Defendant Iyad Aysheh's Opposed Motion to Dismiss All Counts in the Indictment (Doc. 107), and having considered the grounds set forth in that motion, FINDS that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the United States' response to the above-referenced motion is due on January 28, 2019.

_____
THE HONORABLE JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE

Submitted by:

Kristopher N. Houghton
Assistant United States Attorney