**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.** **CR. No. 17-370 JCH**

**IMAD AYSHEH, also known as**
**IMAD MANASSRA, IYAD AYSHEH,**
**NEDAL AYSHEH, and RAED AYSHEH,**

**Defendants.**

**JUDGMENT OF ACQUITTAL**

This case came on for a jury trial beginning May 6, 2024. On May 9, 2024, after the close of the Government's evidence, the Defendants made a motion for judgment of acquittal under Rule 29(a) of the Federal Rules of Civil Procedure. The Court reserved ruling in accordance with Rule 29(b). On May 10, 2024, after the Defendants rested their case but before the case went to the jury, the Court granted the Rule 29 motion based on the evidence in the record at the close of the Government's case. The Court concluded that the evidence was insufficient to sustain a conviction of any of the Defendants, and it stated its reasoning on the record in open court.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that final judgment of acquittal is entered in favor of Defendants Imad Aysheh, Iyad Aysheh, Nedal Aysheh, and Raed Aysheh on the Superseding Indictment.

**UNITED STATES DISTRICT JUDGE**